**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK ANTHONY DAMIANO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>GEORGE A. NEOTTI,<br><br>　　　　　Respondent.<br>_____ | NO. ED CV 11-730-DMG(E)<br><br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: December 12, 2011

　　　　　　　　　　　　　　　　　　_/s/ Dolly M. Gee_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE